## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

UNITED STATES OF AMERICA

                                  Plaintiff,

v.                                                                         Case No.: 1:25−cr−00693
Honorable April M. Perry

Michael Rabbitt, et al.

                                  Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 28, 2026:

      MINUTE entry before the Honorable April M. Perry: In−person status hearing held 1/28/2026. All defendants were present along with their counsel. With respect to the motion for a protective order [65], the parties are asked to meet and confer to determine if there is any path to an agreed order. If so, the parties are to file the agreed order by 1/30/2026. If not, the parties are to file a proposed protective order with areas of dispute noted in−line. With respect to the motion for preservation orders [63] the parties are to similarly meet and confer and file either an agreed order or a proposed order noting areas of dispute by 1/30/2026. Ruling on any outstanding disputes regarding the protective or preservation orders to be held 2/5/2026 at 10:00 a.m. in person in Courtroom 1725. The hearing date will be struck if all outstanding issues have been resolved. With respect to the motion for a bill of particulars [61], the Government's response is due by 2/11/2026 and the Court will set any additional dates via minute order. Given that a trial of this case seems likely, the parties are to submit to the Courtroom Deputy by 2/4/2026 potential trial dates that work for all parties in May or June 2026. The next status hearing is set for 2/26/2026 at 12:00 p.m. in person in Courtroom 1725. Time is excluded through 2/26/2026 pursuant to 18 U.S.C. § 3161(h)(1)(D) given that there are several pretrial motions pending, and § 3161(h)(7)(A) as the Government has not yet tendered all of the discovery in this case and it is in the interests of justice for the defendants to be able to receive and review all discovery, and that interest outweighs the best interests of the public and the defendants in a speedy trial. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.

Case: 1:25-cr-00693 Document #: 69 Filed: 01/28/26 Page 2 of 2 PageID #:210

web site at *www.ilnd.uscourts.gov*.